FILED
AUG 27 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No. |
| vs. ) | **4:20CR00451 RWS/NAB** |
| JELANI REEVES, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 12, 2019, within the Eastern District of Missouri,

**JELANI REEVES,**

the Defendant herein, in connection with the acquisition of a firearm, to wit: a Springfield manufacture XD40 model, .40 caliber pistol, bearing serial number XD534554, from High Country Shooting Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to High Country Shooting Sports, which statement was intended and likely to deceive High Country Shooting Sports as to a fact material to the lawfulness of such sale of the said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearm indicated on the Form 4473, when in fact as the Defendant then knew, he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
PAUL J. D'AGROSA (#36966MO)
Assistant United States Attorney